# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158524(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ROBERT WAYNE PRUESNER,
      Defendant-Appellee.

_____/

SC: 158524
COA: 337576
Oakland CC: 2016-260209-FC

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before November 27, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk